IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIAM HOPE DAVIS,

   Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA; COFFEE
CORRECTIONAL FACILITY;
BARRY GOODRICH; PEGGY
ANN COOPER; K. REED;
GEORGIA DEPARTMENT OF
CORRECTIONS; BRIAN OWENS;
RICKY MYRICK; and SHEVONDAH
FIELDS,

   Defendants.

CIVIL ACTION NO.: CV512-027

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that Barry Goodrich and Shevondah Fields should not be dismissed as named Defendants. Plaintiff maintains that Goodrich and Fields failed to exercise their supervisory authority to override the indigent postage limitation. Plaintiff also maintains that Goodrich's and Fields' failure to do so constitutes a callous disregard for his constitutional rights.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against the Georgia Department of Corrections, Coffee Correctional Facility,

AO 72A
(Rev. 8/82)

Goodrich, Fields, Brian Owens, and Ricky Myrick are **DISMISSED**. Plaintiff's claims for monetary damages against the remaining Defendants in their official capacities are **DISMISSED**. Plaintiff's claims against Defendants Cooper, the Corrections Corporation of America, and K. Reed (originally identified as "John or Jane Doe") shall remain pending.

**SO ORDERED**, this ____ day of __July__, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA